PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
CA/PPT/A
44132 Mercure Circle
PO Box 1243
Sterling, VA 20166-1243
CA-PPT-CourtOrders@state.gov

**FROM:** US Probation Office
400 US Courthouse
601 W. Broadway
Louisville, KY 40202

☒ **Original Notice**
Date: November 18, 2020
By: Honorable Brian Epps

☐ **Notice of Disposition**
Date:
By:

Defendant: James Faller
Date of Birth: xx/xx/1960
SSN: XXX-XX-8633

Case Number: 3:20-CR-105-CHB-CHL
Place of Birth: United States

**Notice of Court Order** (Order Date: November 28, 2020 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 463579808 and/or passport card number _____ to the custody of the U.S. District Court on October 4, 2021.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court